March 30, 2009

Waseem Younis
1712 W Girard Avenue #3
Philadelphia, PA 19130
Tel. (267) 968 3232
Fax. (215) 235 5085
WaseemYounis@gmail.com

The Honorable J. William Ditter, Jr.
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Room 3040
Philadelphia, PA 19106

Re:     **Loretta J. Morris v. Waseem Younis**
        **Civil Action No. 06-CV-2576**

Dear Judge Ditter:

I am writing to give you an update on the above matter and to respectfully request an extension of time for the delivery of my expenses related to City Point Associates LLC, as per paragraph (4.) of your honor's order of March 25th, 2009.

The order instructs me to deliver the documents by March 31, 2009 and I kindly ask that you grant me an extension of five (5) business day for the following reasons.

1. The documents are in multiple locations including the offices of Don Foster at Klehr, Harrison, the accounting offices of Steve Ratner and my office. I need time to collate and review the documents.
2. I have 2 intervening settlements on March 31 and will not be available for most of the day.
3. I am waiting on numbers from the Francisville Green & Clean team for cleaning the sidewalks and trimming back overgrown grass and trees on the land portions of the parcel in 2008. There was a great deal of debris dumped on the corner of Vinyard and Perkiomen Street.
4. I am currently negotiating the outstanding invoices with some of the vendors attempting to reduce their bills.

Your honor, I respectfully request that you grant me until 5pm Tuesday April 2nd to present you with the requested documentation.

Furthermore, I kindly request a Settlement Hearing on or before Monday April 6th, 2009  to go over the "Distribution List " .  I ask that Ms. Morris not be allowed to submit the Distribution List to the Sheriff's office prior to our Settlement Hearing should your honor be kind to grant that.  The Distribution List is not due to the Sheriff's Office  until April 18th, 2009.

I plan on attending the hearing with Attorney Sheryl L. Axelrod, of Hepburn, Axelrod & White, LLC.

Thank you for your consideration,

                                            Respectfully,


                                            S/ Waseem Younis

                                            _____

                                            Waseem Younis


Enclosure

CC  Carrie E. Kehner